Muriel B. Kaplan, Esq. (SBN 124607)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>JOE WANG, individually, and dba J.W. CARPET & FLOORING and JOE WANG CARPET and FLOORING,<br><br>　　　　Defendants. | Case No.:  C11-3337 JSW<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:　　　October 14, 2011<br>Time:　　　1:30 p.m.<br>Ctrm:　　　11, 19th Floor<br>Judge:　　　The Honorable Jeffrey S. White |

　　　　The parties to the above-entitled action jointly request that the Case Management Conference, currently set for October 14, 2011, be continued to February 24, 2012.

　　　　1.　　As the Court's records will reflect, this action was filed on July 7, 2011, to compel Defendants' compliance with the terms of their collective bargaining agreement by making payment of amounts found due on an audit of their records for the period of November 1, 2007 through July 31, 2009.

　　　　2.　　Defendants, through their attorneys, waived service of the Summons, Complaint and related documents, and a Waiver of service Returned Executed was filed with the Court on July 15, 2011. [ECF 4.]

　　　　3.　　On August 18, 2011, Defendants filed an Answer to the Complaint. [ECF 11.]

4.  The parties stipulated to mediation, and the Court issued an Order on September 22, 2011 granting the parties' stipulation selecting mediation and ordering mediation to be completed within 120 days.  [ECF 13 and 14.]

5.  Accordingly, the parties respectfully request that the Case Management Conference, currently scheduled for October 14, 2011, be continued to February 24, 2012 to allow mediation to be scheduled and to take place so that the parties can attempt to resolve this matter without the necessity of further litigation.

6.  There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, the parties respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated: September 23, 2011        SALTZMAN & JOHNSON
                                 LAW CORPORATION


                                 By:   /S/Shaamini A. Babu
                                       Shaamini A. Babu
                                       Attorneys for Plaintiffs

Dated: September 23, 2011        SIMPSON GARRITY INNES AND
                                 JACUZZI


                                 By:   /S/Marina Gruber
                                       Marina Gruber
                                       Attorneys for Defendants

ORDER

BASED ON THE FOREGOING and GOOD CAUSE APPEARING, the Case Management Conference currently set for October 14, 2011, is continued to February 24, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Date:   September 26, 2011       _____
                                 THE HONORABLE JEFFREY S. WHITE
                                 UNITED STATES DISTRICT COURT JUDGE