IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, ET AL.,

Plaintiffs,

v.

JOE HY WANG, individually and dba J W CARPET & FLOORING aka JOE WANG CARPET AND FLOORING,

Defendant.

No. C 11-03337 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Spero or Magistrate Judge James for all further proceedings.

**IT IS SO ORDERED.**

Dated: April 2, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk