**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, ET AL., | No. C 11-03337 JSW |
| Plaintiffs, | |
| v. | **ORDER OF REFERRAL** |
| JOE HY WANG, individually and dba J W CARPET & FLOORING aka JOE WANG CARPET AND FLOORING, | |
| Defendant. | |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Spero or Magistrate Judge James for all further proceedings.

**IT IS SO ORDERED.**

Dated: April 2, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk