UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

District Council 16 Northern California
Health & Welfare Trust Fund, et al.

          Plaintiff(s),

v.

Joe Hy Wang, ind. and dba J W Carpet &
Flooring aka Joe Wang Carpet and Flooring,

          Defendant(s).
_____/

CASE NO. C11-3337 MEJ

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6) 2nd Mediation Session with Judge James.
        1st Session with Mark Humbert on January 19, 2012 (Dkt. 20)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

---

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☒ other requested deadline  Prior to 7/23/12 per Minute Order dated 3/26/12 (Dkt. 25)

Dated: 5/18/12                                         /S/Shaamini A. Babu
                                                            Attorney for Plaintiff

Dated: 5/18/12                                         /S/Paul V. Simpson
                                                            Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation with Judge James
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other   prior to 7/23/12

IT IS SO ORDERED.

Dated: May 17, 2012

_____
UNITED STATES MAGISTRATE JUDGE