UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, ET AL.,<br><br>Plaintiffs,<br>v.<br><br>JOE HY WANG, individually, and *dba* J W CARPET & FLOORING *aka* JOE WANG CARPET & FLOORING,<br><br>Defendant.<br>_____/ | No. C 11-03337 MEJ (LB)<br><br>ORDER RE: SETTLEMENT CONFERENCE STATEMENTS |

The parties have a settlement conference with the undersigned on August 21, 2012. *See* ECF No. 31.[1] On July 23, 2012, Plaintiffs filed a First Amended Complaint with additional allegations that more than doubled Plaintiffs' damages claim. *Compare* Compl., ECF No. 1 at 7 *with* First Am. Compl., ECF No. 36 at 7. Defendant's settlement conference statement has an offer on page 2. It is not clear that Plaintiffs have responded, and they must by August 10, 2012 at noon and must email that response to the court by that time at lbpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 8, 2012

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 11-03337 MEJ (LB)
ORDER